IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHELLE GRANT WILSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-130 (MTT) |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security | ) |
| **Defendant.** | ) |

## ORDER

Magistrate Judge Charles H. Weigle recommends granting Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) (Doc. 20).  Doc. 22.  Neither party has filed an objection to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, Plaintiff's motion (Doc. 20) is **GRANTED**.  It is **ORDERED** that Plaintiff receive attorney's fees in the amount of $1,959.88 and that these fees be paid directly to Plaintiff.

**SO ORDERED**, this 21st day of December, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT